|   | Reset Form |
|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KPH HEALTHCARE SERVICES, INC.,
a/k/a KINNEY DRUGS, INC., individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GILEAD SCIENCES, INC., GILEAD HOLDINGS, LLC, GILEAD SCIENCES, LLC, GILEAD SCIENCES IRELAND UC, BRISTOL-MYERS SQUIBB COMPANY, E.R. SQUIBB & SONS, LLC, JAPAN TOBACCO, INC., JANSSEN R&D IRELAND, and JOHNSON & JOHNSON, INC.

Defendant(s).

Case No: 4:20-cv-00880-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Debra Josephson, an active member in good standing of the bar of Supreme Judicial Court for the Commonwealth of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: KPH Healthcare Services, Inc. in the above-entitled action. My local co-counsel in this case is Francis O. Scarpulla, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 20 Rahling Circle<br>Little Rock, AR 72223 | 456 Montgomery Street, 17th Floor, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (501) 821-5575 | (415) 788-7210 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| debrajosephson@robertslawfirm.us | fos@scarpullalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 652251.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/05/20

Debra Josephson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Debra Josephson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/6/2020

*Kandis Westmore*

UNITED STATES MAGISTRATE JUDGE *October*

*PRO HAC VICE* APPLICATION & ORDER                    *2012*

# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

---

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-third** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

### Debra Gaw Josephson

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **August** in the year of our Lord **two thousand and nineteen.**

*signed:* Maura S. Doyle

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116