# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KPH HEALTHCARE SERVICES, INC.,

a/k/a KINNEY DRUGS, INC., individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

GILEAD SCIENCES, INC., GILEAD HOLDINGS, LLC, GILEAD SCIENCES, LLC, GILEAD SCIENCES IRELAND UC, BRISTOL-MYERS SQUIBB COMPANY, E.R. SQUIBB & SONS, LLC, JAPAN TOBACCO, INC., JANSSEN R&D IRELAND, and JOHNSON & JOHNSON, INC.

Defendant(s).

Case No: 4:20-cv-00880 -KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, William R. Olson , an active member in good standing of the bar of Supreme Court of Arkansas , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: KPH Healthcare Services, Inc. in the above-entitled action. My local co-counsel in this case is Francis O. Scarpulla , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 20 Rahling Circle<br>Little Rock, AR 72223 | 456 Montgomery Street, 17th Floor, San Francisco, CA 94104 |
| My telephone # of record:<br>(501) 821-5575 | Local co-counsel's telephone # of record:<br>(415) 788-7210 |
| My email address of record:<br>williamolson@robertslawfirm.us | Local co-counsel's email address of record:<br>fos@scarpullalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2016149 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/06/20

William R. Olson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of William R. Olson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/6/2020

UNITED STATES MAGISTRATE JUDGE *October*

*PRO HAC VICE* APPLICATION & ORDER

*2012*

*Supreme Court*

# State of Arkansas

*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that William R. Olson was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 8, 2016; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 27th day of June, 2019.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk